E-Filed: **9/29/09**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN PESAYCO** ) | **CASE NO. CV 09-3926-GHK (FFMx)** |
| ) | |
| **Plaintiff,** ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| **WORLD SAVINGS INC. ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| _____) | |

    Based on our September 29, 2009 Order granting Defendant World Savings Inc.'s Motion to Dismiss against Plaintiff, **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

DATED: September 29, 2009

                                            _____

                                              GEORGE H. KING

                                         United States District Judge